**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

DAVID ALLEN NESBITT,
  Plaintiff,

vs.            Case No: 5:05cv252/MCR/EMT

JAMES A. BARNES, et al.,
  Defendants.
_____/

**O R D E R**

  This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 29, 2006. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

  Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

  Accordingly, it is now **ORDERED** as follows:

  1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

  2. Plaintiff's claim is **DISMISSED** as frivolous pursuant to 28 U.S.C.A. § 1915(e)(2)(B).

  **DONE AND ORDERED** this 23rd day of October, 2006.

            *s/ M. Casey Rodgers*
            **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**